**LAW OFFICES OF STEPHEN ABRAHAM**
STEPHEN E. ABRAHAM, ESQ. (STATE BAR NO. 172054)
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorneys for DEFENDANTS
TRANSTAR PROPERTIES, LLC
AND JOSE MARIA ORROZCO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAUL URIARTE,

          *Plaintiff*,

v.

TRANSTAR PROPERTIES, LLC,

          *Defendant*.

Case No. 2:15-cv-01474-CBM-MAN

Hon. Consuelo B. Marshall

**DECLARATION OF JOSE MARIA ORROZCO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION**

Courtroom: 2 (Spring)

Hearing: Tuesday, Oct. 20, 2015
Time: 10:00 a.m.

**Trial:** **May 3, 2016**

## DECLARATION OF JOSE MARIA ORROZCO

I, Jose Maria Orrozco, declare:

1. All the statements contained herein are made and based on my personal knowledge and if called as a witness I could and would testify competently thereto.

2. I am the owner and operator of the restaurant at the property that is the subject of this lawsuit. I spend most of my days at the restaurant. Any issues with the operation of the restaurant are brought to my attention.

03 - Orrozco Decl iso MSJ      1      2:15-cv-01474-CBM-MAN

ORROZCO DECL ISO MOTION FOR SUMMARY ADJUDICATION

3.	At no time prior to receiving the complaint in this lawsuit did I receive any notice that Plaintiff had a complaint about the parking lot or restaurant.

4.	Attached hereto collectively as Exhibit 1 are pictures that accurately depict the parking lot of the restaurant as it currently exists. Both the parking space and access aisle are at least 96" wide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 18, 2015 at Fontana, California.



Jose Maria Orrozco

# EXHIBIT 1

## PHOTOGRAPHS OF PARKING LOT AT RESTAURANT





# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

    On September 21, 2015, I served the foregoing document described as: **DECLARATION OF JOSE MARIA ORROZCO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** thereon on all interested parties in this action as follows:

| | |
|---|---|
| Raymond G. Ballister<br>Phyl Grace<br>P.O. Box 262490<br>San Diego, CA 92196-2490<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191<br>e-Mail: phylg@potterhandy.com | Representing Plaintiff |

[x]   **e-Filing pursuant to Court order**

Executed on September 21, 2015, at Newport Beach, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Stephen E. Abraham

---

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, California 92660
(949) 878-8608

03 - Orrozco Decl iso MSJ                                                            SACF14-1414-MWF (PLAx)

PROOF OF SERVICE