**LAW OFFICES OF STEPHEN ABRAHAM**
STEPHEN E. ABRAHAM, ESQ. (STATE BAR NO. 172054)
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorneys for DEFENDANTS
TRANSTAR PROPERTIES, LLC
AND JOSE MARIA OROZZO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE,<br><br>    *Plaintiff*,<br><br>  *v.*<br><br>TRANSTAR PROPERTIES, LLC,<br><br>    *Defendant*. | Case No. 2:15-cv-01474-CBM-MAN<br><br>Hon. Consuelo B. Marshall<br><br>**DEFENDANTS' SEPARATE STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY ADJUDICATION**<br><br>Courtroom: 2 (Spring)<br>Hearing: Tuesday, Oct. 20, 2015<br>Time: 10:00 a.m.<br>**Trial: May 3, 2016** |

**TO PLAINTIFF AND HIS RESPECTIVE COUNSEL OF RECORD:**

DEFENDANTS TRANSTAR PROPERTIES, LLC AND JOSE MARIA OROZZO ("Defendants") herewith submit their Separate Statement of Material Facts and Contentions of Law in support of their Motion for Summary Adjudication.

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

| | DEFENDANTS' UNDISPUTED MATERIAL FACT | SUPPORTING EVIDENCE |
|---|---|---|
| DF1 | At no time prior to receipt of the complaint did Defendants receive any notice of any concerns from Plaintiff | Orrozco Decl., ¶3 |
| DF2 | ADA-compliant striping of the parking lot, including a handicap space, access aisle, and path of travel, exists at the restaurant. | Orrozco Decl., ¶4 |
| DF3 | Both the parking space and associated access aisle are 96" wide. | Orrozco Decl., ¶4; Exh. 1 |

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, California 92660
(949) 878-8608

## DEFENDANTS' CONTENTIONS OF LAW

| DEFENDANTS' CONTENTIONS OF LAW | | SUPPORTING EVIDENCE |
|---|---|---|
| DL1 | The court must examine the evidence in the light most favorable to the non-moving party. | *United States v. Diebold, Inc.*, 369 U.S. 654, 655 (1962). |
| DL2 | Any doubt as to the existence of any issue of material fact requires denial of the motion. | *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986). |
| DL3 | On a motion for summary judgment, when "'the moving party bears the burden of proof at trial, it must come forward with evidence which would entitle it to a directed verdict if the evidence were uncontroverted at trial.'" | *Houghton v. South*, 965 F.2d 1532, 1536 (9th Cir. 1992) (quoting *International Shortstop, Inc. v. Rally's, Inc.*, 939 F.2d 1257, 1264-65 (5th Cir. 1991), cert. denied, 502 U.S. 1059, 112 S. Ct. 936, 117 L. Ed. 2d 107 (1992)). |
| DL4 | Courts are required to examine *sua sponte* jurisdictional issues such as standing. | *BC by & Through Powers v. Plumas Unified Sch. Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999). |

Dated: September 21, 2015          LAW OFFICES OF STEPHEN ABRAHAM

By: _____
Stephen E. Abraham
Attorneys for DEFENDANTS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On September 21, 2015, I served the foregoing document described as: **DEFENDANTS' SEPARATE STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY ADJUDICATION** thereon on all interested parties in this action as follows:

Raymond G. Ballister          Representing Plaintiff
Phyl Grace
P.O. Box 262490
San Diego, CA 92196-2490
Telephone: (858) 375-7385
Facsimile: (888) 422-5191
e-Mail: phylg@potterhandy.com

[x]     **e-Filing pursuant to Court order**

Executed on September 21, 2015, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Stephen E. Abraham