CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
   San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Transtar Properties, LLC,** a California Limited Liability Company;<br>**Jose Maria Orozzo**,<br><br>          Defendants. | Case No. 2:15-CV-01474-CBM-MAN<br><br>**Plaintiff's Statement of Non-Opposition to the Defense Motion**<br><br>Date:   October 20, 2015<br>Time:  10:00 a.m.<br>Ctrm:   2<br><br>Honorable Consuelo B. Marshall |

After reviewing the defense submission of declarations and evidence, the plaintiff agrees that the ADA violations have been remedied and the sole federal remedy has been rendered moot. On that basis, the plaintiff does not oppose the defense motion as to the ADA claim. Additionally, the plaintiff does not oppose the defense request that this Court decline to exercise supplemental jurisdiction and dismiss the state claims without prejudice to refiling in state court.

Dated: October 13, 2015          CENTER FOR DISABILITY ACCESS
                                            /s/ Mark Potter
                                 By:_____
                                     Mark Potter, Esq.
                                     Attorneys for Plaintiff